## 57591. HOLIDAY INNS, INC. et al. v. PAGE.

BIRDSONG, Judge.

The decision of this court in *Holiday Inns, Inc. v. Page,* 151 Ga. App. 55 (258 SE2d 909) having been reversed by the Supreme Court on certiorari, *Page v. Holiday Inns, Inc.,* 245 Ga. 12, our decision is hereby vacated and the order of the trial court substituting and correcting nunc pro tunc as a clerical error the word "without" for the word "with" in the plaintiff's voluntary dismissal of his action is affirmed.

*Order of the trial court affirmed. Deen, C. J., Quillian, P. J., McMurray, P. J., Smith, Shulman, Banke, Carley and Sognier, JJ., concur.*

DECIDED FEBRUARY 8, 1980.

*Lokey & Bowen, Glenn Frick, Robert P. Bleiberg,* for appellants.

*Scheer & Elsner, Robert A. Elsner,* for appellee.